**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   RAYVEN JUSTICE,                          No. C-14-01767 DMR

12              Plaintiff(s),                 **ORDER RE: EX PARTE APPLICATION
                                              FOR ORDER DIRECTING SERVICE**
13        v.                                  **ON DEFENDANT CORPORATION BY
                                              DELIVERY OF PROCESS TO**
14   ICE KING ENTERPRISES LLC,                **SECRETARY OF STATE [DOCKET NO.
                                              18]**
15              Defendant(s).
     _____/

16

17          Plaintiff Rayven Justice filed an ex parte application requesting the court issue an order

18   permitting Plaintiff to serve Defendant Ice King Enterprises LLC d/b/a/ Ice King Music by

19   delivering process to the California Secretary of State.  [Docket No. 18.]

20          When a plaintiff "show[s] by affidavit to the satisfaction of the court that process against a

21   domestic corporation cannot be served with reasonable diligence upon the designated agent by

22   hand," he or she may apply to the court for an order that service be made by hand delivery of the

23   summons and complaint to the California Secretary of State.  Cal. Corp. Code § 1702(a); *see also*

24   Fed. R. Civ. P. 4(e)(1) (authorizing service in any manner permitted by state where district court is

25   located); *Verizon California Inc. v. OnlineNIC Inc.*, No. C 08-2832 JF(RS), 2008 WL 4848881 at *3

26   (N.D. Cal. Nov. 7, 2008) (granting ex parte application for service by delivery to Secretary of State).

27          Here, Plaintiff's application does not include the required affidavit.  It is therefore **denied**

28   **without prejudice.**  Plaintiff may refile the application with an affidavit that meets the requirements

1  of Cal. Corp. Code § 1702(a), including by listing in clear chronological order Plaintiff's attempts to

2  serve Defendant.

3

4

5        IT IS SO ORDERED.

6

7  Dated:  August 18, 2014

8  

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2