**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYVEN JUSTICE,

    Plaintiff,

v.

ICE KING ENTERPRISES LLC,

    Defendant.
_____/

No. C-14-01767-DMR

**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE**

The court has reviewed Plaintiff's case management statement [Docket No. 24]. As Defendant has not yet made an appearance, the court vacates the October 1, 2014 case management conference and orders Plaintiff to file a status report by October 31, 2014.

IT IS SO ORDERED.

Dated: 9/25/2014

_____
DONNA M. RYU
United States Magistrate Judge