UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAYVEN JUSTICE, | Case No. 14-cv-01767-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; JUDGMENT** |
| ICE KING ENTERPRISES LLC, | |
| Defendant. | Re: Dkt. No. 35 |

This order concerns Judge Donna M. Ryu's January 22, 2015 report and recommendation granting in part and denying in part plaintiff's motion for default judgment. Dkt. No. 35. Plaintiff's complaint asserts four causes of action against defendant: (i) copyright infringement; (ii) breach of contract; (iii) declaratory judgment; and (iv) violation of California's Unfair Competition Law. Judge Ryu recommends denying default judgment on the fourth cause of action because plaintiff informed the Court at the hearing on the motion that he no longer seeks default judgment on his unfair competition claim. *Id.* at 7 n.3. No objections to the report and recommendation have been filed.

Having reviewed the matter de novo, I ADOPT Judge Ryu's report and recommendation in whole. For the reasons expressed therein, and with good cause appearing, plaintiff's motion for default judgment on his copyright infringement, breach of contract, and declaratory judgment causes of action is GRANTED and it is ORDERED, ADJUDGED, AND DECREED THAT:

1. Declaratory relief is entered as requested by plaintiff and the Court hereby declares that the recording agreement between plaintiff Rayven Justice and defendant Ice King Enterprises LLC d/b/a Ice King Music LLC entered on October 31, 2011 was effectively terminated on December 10, 2013.

1    2.    Judgment is further entered in favor of plaintiff and against defendant in the amount of $15,000 (consisting of $6,000 in statutory damages for copyright infringement and $9,000 in damages for breach of contract), and $1,585.94 in costs.

3.    Pursuant to 17 U.S.C § 501(a), defendant is permanently enjoined from the unauthorized reproduction, administration, sale, or distribution of the following songs copyrighted by plaintiff: "Pull Up;" "My Yang;" "I See You;" "You Exed;" "On Momas;" "S*it Got Real;" "Slide Thru;" and "Might As Well."

**IT IS SO ORDERED**.

Dated: February 10, 2015



WILLIAM H. ORRICK
United States District Judge

2